# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL:** One USPS Express Mail parcel bearing USPS tracking number EI 360 357 977 US addressed to "Anna Rogers, 4033 E Caballero St., Mesa, AZ 85205," with a return address of "Angel Barranco Munoz, 5882 W. 7000 S., W. Jordan, UT 84081." It is a white envelope measuring approximately 12.5" X 9.5"; weighing approximately 3 ounces; postmarked February 6, 2023; and bearing $28.75 in postage.

**SEARCH WARRANT**

Case Number: 23-3052MB

TO: Andrea Brandon and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Andrea Brandon, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One USPS Express Mail parcel bearing USPS tracking number EI 360 357 977 US addressed to "Anna Rogers, 4033 E Caballero St., Mesa, AZ 85205," with a return address of "Angel Barranco Munoz, 5882 W. 7000 S., W. Jordan, UT 84081." It is a white envelope measuring approximately 12.5" X 9.5"; weighing approximately 3 ounces; postmarked February 6, 2023; and bearing $28.75 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and/or 846, and/or TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _2-22-23_ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

2-8-23 @ 1:28 p.m.                at      Phoenix, Arizona
Date and Time Issued                       City and State

HONORABLE MICHAEL T. MORRISSEY
UNITED STATES MAGISTRATE JUDGE        M Morrissey
Name and Title of Judicial Officer            Signature of Judicial Officer

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: <br> 23-3052MB | Date and time warrant executed: <br> 2/9/2023 8:30 am | Copy of warrant and inventory left with: <br> USPS |
| Inventory made in the presence of : <br> Postal Inspector Brandon and General Analyst Baham | | |
| Inventory of the property taken and name of any person(s) seized: <br><br> Express Mail Parcel Label No. EI360357977US, addressed to Anna Rogers, 4033 E. Caballero St., Mesa, AZ 85205 with a return address of Angel Barranco Munoz, 5882 W. 7000 S., W. Jordan, UT 84081 contained seven Western Union money orders totaling $6,542.00. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/09/2023

Andrea Brandon
Digitally signed by Andrea Brandon
Date: 2023.02.09 13:14:46 -07'00'

*Executing officer's signature*

Andrea Brandon, Postal Inspector

*Printed name and title*